# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KASHON MOORE, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.                                             Case No: 8:20-cv-1589-T-35JSS

**ROLFE & LOBELLO, P.A. and JOHN DOES 1-25,**

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal, (Dkt. 12), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 16th day of October, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party